IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN EZRA JONES, | ) | |
| Plaintiff, | )<br>)<br>) | |
| | ) | NO. 3:24-cv-00002 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| ROBIN CHAPPELL, et al., | ) | MAGISTRATE JUDGE |
| | ) | HOLMES |
| Defendants. | ) | |

**ORDER**

Pending before the Court is the Magistrate Judge's Report and Recommendation, which was filed on November 22, 2024. (Doc. No. 18). In the Report and Recommendation, the Magistrate Judge recommends this action be dismissed without prejudice because Defendants have not been served with process within the time set out in Federal Rule of Civil Procedure 4(m). The Magistrate Judge also recommends dismissal of this action under Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to stay engaged in this lawsuit, provide a change of address notice, or respond to two separate Show Cause Orders. (Doc. Nos. 15, 17).

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE