# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Justin Ezra Jones

    Plaintiff,

v.                                         Case No.: 3:24−cv−00002

Robin Chappell, et al.

    Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/7/2025 re [19].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk